IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **CHADWICK KNOLTON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | NO. 5:25-cv-00255-TES-CHW |
| V. | : | |
| | : | |
| **MATTHEW MOULTON,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

### ORDER

*Pro se* Plaintiff Chadwick Knolton, a detainee in the Houston County Detention Center in Perry, Georgia, filed a handwritten document that was docketed in this Court as a complaint under 42 U.S.C. § 1983. ECF No. 1. Plaintiff did not, however, submit his pleading on the required § 1983 complaint form. Accordingly, Plaintiff was ordered to recast his complaint on a standard form. ECF No. 5. Plaintiff was also ordered to pay the $405.00 filing fee for this case or submit a properly completed motion to proceed *in forma pauperis*. *Id.* Plaintiff was given fourteen days to complete these actions and was ordered that his failure to do so may result in the dismissal of this action. *Id.*

More than fourteen days passed following entry of that order, during which Plaintiff did not comply with, or otherwise respond to, the order. The order, which was sent to Plaintiff at the Houston County Detention Center, the only address on file for Plaintiff, was returned to this Court with a notation that it was refused. ECF No. 6.

Plaintiff was then ordered to show cause to the Court why this case should not be dismissed based on his failure to comply with the Court's orders and to otherwise remain in contact with the Court. ECF No. 12. That order was also returned to the Court as undeliverable, ECF No. 13,

and Plaintiff has not filed anything else in this case. In another pending case, however, Plaintiff has filed a notice of change of address indicating that he has been moved to the Taylor County Jail. *See* Notice of Change of Address, *Knowlton v. Moulton*, Case No. 4:25-cv-00242-CDL-AGH (M.D. Ga. Oct. 28, 2025), ECF No. 12.

As it does not appear that Plaintiff has received the Court's orders in this case, the **CLERK** is **DIRECTED** to forward Plaintiff copies of the order to recast (ECF No. 5), the order adopting report and recommendation (ECF No. 7), and the order to show cause (ECF No. 12). If he wants to proceed with this case, Plaintiff is **ORDERED** to file a recast complaint and either pay the $405.00 filing fee or move for leave to proceed *in forma pauperis*, as directed in the order to recast. Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this order to file his recast complaint and either pay the filing fee or move for leave to proceed *in forma pauperis*. Plaintiff's failure to fully and timely comply with this order will likely result in the dismissal of this case. Plaintiff's failure to inform the Court in writing of any change in his mailing address will also likely result in dismissal of this action.

The **CLERK** is also **DIRECTED** to forward Plaintiff a blank 42 U.S.C. § 1983 complaint form and a motion to proceed *in forma pauperis*, with the appropriate account certification form. There shall be no service in this case pending further order of the Court.

**SO ORDERED**, this 26th day of November, 2025.

s/ Charles H. Weigle  
Charles H. Weigle  
United States Magistrate Judge

2