IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

CHADWICK S KNOLTON,                          *

        Plaintiff,                        *

v.                                          Case No.  5:25-cv-00255-TES-CHW

                                    *

MATTHEW MOULTON et al,

                                    *

        Defendants.

                                    *

## **J U D G M E N T**

Pursuant to this Court's Order dated 1/30/2026, having accepted the recommendation of the United

States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 30th day of January, 2026.

                        David W. Bunt, Clerk


                        s/ Raven K. Alston, Deputy Clerk